IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-CV-265

| | |
|---|---|
| **SIMPLY SOUTHERN HOLDINGS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.,**<br><br>Defendant. | **COMPLAINT** |

Plaintiff Simply Southern Holdings, LLC ("Simply Southern"), through counsel, for its Complaint against Bravado International Group Merchandising Services, Inc. ("Bravado"), hereby alleges the following:

## NATURE OF THE ACTION

1. This action arises under the Declaratory Judgment Act, 28 U.S.C. § 2201, *et, seq.* and the trademark and copyright laws of the United States, 15 U.S.C. § 1051 *et seq.* and 17 U.S.C. § 101 *et seq.*, United States Code, among other laws.

2. Bravado has threatened intellectual property infringement claims against Simply Southern that have no merit. Simply Southern files this action seeking a declaration(s) that it has not infringed the copyrights, trademarks or other related rights, if any, of Bravado with respect to an asserted tongue/lips image.

## THE PARTIES

3. Simply Southern is a limited liability company organized under the laws of the State of North Carolina with its principal place of business in Guilford County, North Carolina.

4. Upon information and belief, Bravado is a California corporation with a principal place of business located in Santa Monica, California.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this matter as it arises under the Declaratory Judgment Act and copyright and trademark laws of the United States. Thus, jurisdiction is proper under, at a minimum, 28 U.S.C. §§ 1331 & 1338, 15 U.S.C. § 1051 *et seq.*, 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. § 2201 *et seq.* To the extent Bravado's claims may arise under state laws, this Court also has jurisdiction under 28 U.S.C. § 1367.

6. Personal jurisdiction over Bravado is proper under N.C. Gen. Stat. § 1-75.4, among other laws and constitutional principles, due to the following among other actions: (a) Bravado holds itself out a the exclusive licensee to sell merchandise for the musical group the Rolling Stones among others, including through the exclusive license to sell products bearing relevant images; (b) upon information and belief, Bravado markets and distributes products bearing the relevant images to and in retail stores throughout the United States, including within this District; (c) upon information and belief, Bravado operates the website therollingstonesshop.com, through which products,

including those bearing the relevant images, may be purchased and are purchased by consumers in North Carolina; (d) upon information and belief, Bravado has introduced into the stream of commerce for sale or distribution in and to North Carolina products bearing the relevant images; and (e) Bravado sent a letter and additional communications to Simply Southern in North Carolina alleging infringement and threatening legal action.

7. Venue is proper in this District, as among other potential reasons Bravado is subject to personal jurisdiction in this District, under 28 U.S.C. § 1391, and statutorily deemed a resident of the District, and a substantial part of the events giving rise to the claims occurred in this District.

## FACTS

### Simply Southern

8. Simply Southern is a leading manufacturer and retailer of t-shirts, clothing, accessories and other products.

9. Simply Southern's founder Virginia Aydogdu began selling t-shirts from a mall cart in the early 2000s. As her enterprise grew, she formed Simply Southern as an entity (then known as Dazzle Up, LLC), and growth continued. The enterprise began using the mark SIMPLY SOUTHERN and has been selling products under the mark SIMPLY SOUTHERN since at least 2011. U.S. Trademark Registration #3335887 for SIMPLY SOUTHERN, with its priority to a date in 2004, was also acquired, and many other U.S. Trademark Registrations for SIMPLY SOUTHERN and variants, as well as other marks (words and/or logos), have also been granted to Simply Southern.

10. The growth of Simply Southern's sales of SIMPLY SOUTHERN brand t-shirts and other products has been remarkable. As reflected by the sales growth, Simply Southern's SIMPLY SOUTHERN mark is incredibly popular and has been one of the top apparel brands in the United States for many years.

11. Simply Southern currently employs over four hundred people to support its operations, which include both retail sales and manufacturing/wholesaling of SIMPLY SOUTHERN branded t-shirts, apparel and other merchandise.

12. Simply Southern currently operates over twenty-five (25) retail "SIMPLY SOUTHERN" physical store locations in North Carolina, Alabama, Delaware, Florida, Kentucky, Missouri, Mississippi, Ohio, Georgia, South Carolina, Tennessee, and Virginia. Simply Southern additionally wholesales or distributes SIMPLY SOUTHERN brand t-shirts and other products to over 6,000 retail locations nationwide in the United States.

13. Simply Southern sells its SIMPLY SOUTHERN products at both retail and wholesale. Simply Southern also operates online stores and provides online store services under the SIMPLY SOUTHERN mark, through which it sells its products, including SIMPLY SOUTHERN products.

14. In short, Simply Southern has worked hard and invested significantly to successfully make the SIMPLY SOUTHERN mark famous for t-shirts, apparel and other products.

15. While Simply Southern has greatly expanded the number and types of products it creates, its core business continues to be the design and creation of printed t-shirts—it creates and markets several new shirt designs each season.

16. During a prior season for its products, Simply Southern printed designs bearing various images of a disembodied mouth on clothing and small tote bag charms, including the following images:

 

17. With respect to the t-shirts, these images were printed on overstock materials, and Simply Southern sold them on clearance racks in its own stores at reduced prices; such t-shirts were not provided for sale by distributors. Further, all of the targeted products were no longer being made prior to any contact from Bravado, and they are no longer being sold by Simply Southern.

### Bravado's Unfounded Claims

18. Bravado wrote Simply Southern on March 1, 2023, asserting that it is the exclusive licensee to sell merchandise for the band the Rolling Stones, including the tongue/lips image used by the band since the early 1970s:



19. The subject line of the letter was "Bravado International Group Merchandising Services, Inc. v. Simply Southern." In the letter, Bravado claims that Simply Southern has been selling products bearing "confusingly similar" versions of the "tongue/lips trademark," thereby alleging infringement of trademark, copyright and/or other intellectual property rights that Bravado claims entitlement to bring claims about, without directly stating what rights have allegedly been infringed.

20. The letter had six attachments and asserted "Demand is hereby made that you **immediately** cease and desist the sale of said merchandise and confirm that you did so."

21. Simply Southern's use of mouth images on its products, and its products, did not, and does not, infringe on any rights held by or enforceable by Bravado, whether under U.S. copyright, U.S. trademark law, or other law.

22. Simply Southern's images are neither copies of nor impermissibly derivative of Bravado's asserted tongue/lips image.

23. There are countless ways to depict a human mouth: closed or open to varying degrees; differing plumpness of lips; with or without teeth, and in different numbers and shapes of teeth; with or without a tongue; tongue resting in mouth or

6

protruding outward; tongue directed up, down, or to the side; varying colors, saturation, and pattern; etc.

24. Simply Southern's mouth images show many elements that are very different from Bravado's asserted tongue/lips image. For example, Simply Southern's images have a more plump lower lip, more square teeth, and a wider and more open mouth when compared to Bravado's asserted image. Another image has a differently directed tongue. The lip/mouth angles and lengths are also significantly different. Moreover, one or more of Simply Southern's images depicts lips and/or tongues that are not red and/or are patterned.

25. Also, because the mouth is an inherently expressive body part, subtle changes in shape and positioning result in markedly different interpretations of emotional expression. Bravado's asserted image is mostly devoid of emotion but has slight hints of either playfulness or defiance. By contrast, Simply Southern's images are deeply expressive. The images can also be seen as artistic comments upon prior depictions of mouths in pop culture.

26. As such, Simply Southern's mouth images are clearly and demonstrably different from Bravado's asserted tongue/lips image, both objectively and subjectively.

27. Simply Southern's images targeted by Bravado are neither copies of nor substantially similar to Bravado's asserted tongue/lips image.

28. There is also no likelihood of confusion, mistake or deception, including as to source, origin, or approval, of Simply Southern's products from the use of the images targeted by Bravado, including as compared to Bravado's asserted tongue/lips image.

29. Additionally, Simply Southern's images targeted by Bravado do not infringe on Bravado's trademark interests because the images are ornamental or expressive works and not used for source identification of Simply Southern's products.

30. Simply Southern displayed the images on clothing and charms for decorative and ornamental purposes. In fact, the images were often depicted alongside the SIMPLY SOUTHERN mark.

31. Additionally, Bravado's asserted tongue/lips image is not owned by Bravado, any trademark rights thereto are not owned by Bravado, and Bravado is not entitled to assert on its own trademark claims concerning rights it does not own. Upon information and belief, the trademark rights in the tongue/lips image asserted by Bravado targeted are owned not by Bravado but by a company from the Netherlands called Musidor B.V.

**CLAIM(S) FOR RELIEF**
**(Declaration(s) of Non-infringement)**

32. Simply Southern repeats and realleges the allegations set forth in Paragraphs 1 through 31, as if fully set forth herein.

33. A real and justiciable controversy exists between Simply Southern and Bravado regarding Bravado's allegations of copyright and/or trademark infringement, and possibly other related claims.

34. Bravado has stated that Simply Southern has infringed on its exclusively licensed rights to the tongue/lips image.

35. Bravado—both factually and legally—lacks cognizable rights in and/or the ability to solely enforce what it has variously claimed.

36. Simply Southern has not infringed Bravado's asserted intellectual property rights, including copyright and trademark rights. Simply Southern's images are different from Bravado's asserted design. Simply Southern's images are not copies, not substantially similar, and there is no likelihood of confusion. Further, Simply Southern's use of its relevant images was expressive and ornamental, and not for source identification. Further, Simply Southern's images and products in question do not violate some other unspecified but related right that may be asserted by Bravado.

37. In the face of Bravado's continued claims, Simply Southern is therefore entitled to a declaration(s) that it has not infringed any right of Bravado with respect to the asserted tongue/lips image.

38. Simply Southern should be awarded its attorneys' fees, interest and cost as permitted by law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Simply Southern, prays that the Court grant and order the following relief:

1. Declare that Simply Southern has not infringed the asserted copyright of Bravado;

2. Declare that Simply Southern has not infringed the asserted trademark of Bravado;

3. Declare that Simply Southern has not violated any right of Bravado with respect to the asserted tongue/lips image;

4. Award Simply Southern its attorneys' fees, interest and cost as permitted by law; and

5. Enter such other and further relief as the Court deems just, proper and equitable under the circumstances.

Respectfully submitted, this the 29th day of March, 2023.

*/s/ David W. Sar*
David W. Sar
North Carolina State Bar No. 23533
Email: dsar@brookspierce.com

Noah L. Hock
North Carolina State Bar No. 56332
Email: nhock@brookspierce.com

BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, L.L.P.
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone: (336) 373-8850
Fax: (336) 232-9075

*Attorney(s) for Plaintiff*