# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:23-cv-00265

| | |
|---|---|
| SIMPLY SOUTHERN HOLDINGS, LLC, | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) **JOINT STIPULATION OF DISMISSAL** |
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., | ) **WITH PREJUDICE** |
| Defendant/Counterclaim Plaintiff. | ) |

The parties, through their counsel of record and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to a voluntary dismissal with prejudice relating to all claims in the above-captioned matter, including Simply Southern Holdings, LLC's Complaint and Bravado International Group Merchandising Services, Inc's Counterclaim, with each party bearing its own attorneys' fees and costs.

Respectfully submitted, this 2nd day of February, 2024.

/s/ David W. Sar
David W. Sar
North Carolina State Bar No. 23533
Email: dsar@brookspierce.com

Noah L. Hock
North Carolina State Bar No. 56332
Email: nhock@brookspierce.com

BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD,
 L.L.P.
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone: (336) 373-8850
Fax: (336) 378-1001

*Attorneys for Plaintiff/Counterclaim Defendant Simply Southern Holdings, LLC*

/s/ Christopher J. Blake
Christopher J. Blake
North Carolina State Bar No. 16433
Email: chris.blake@nelsonmullins.com

NELSON MULLINS RILEY &
SCARBOROUGH LLP
301 Hillsborough Street, Suite 1400
Raleigh North Carolina 27603
Telephone: (919) 329-3800
Fax: (919 329-3799

/s/ Kenneth A. Feinswog
Kenneth A. Feinswog
California State Bar No. 129562
Email: kfeinswog@gmail.com

LAW OFFICES OF KENNETH A.
FEINSWOG
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800

*Counsel for Defendant/Counterclaim Plaintiff Bravado International Group Merchandising Services, Inc.*